Question No. 5 is answered "yes," which renders it unnecessary to answer Question No. 6.

Opinion adopted by the Supreme Court.

### DUNN v. STATE.
### No. 19223.

Court of Criminal Appeals of Texas.

Dec. 1, 1937.

Leo Darley, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, punishment assessed at two years' confinement in the penitentiary.

The record is before the court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.